FORM 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____x
                                         :
                                         :
BAROQUE TIMBER INDUSTRIES                :
(ZHONGSHAN), CO., LTD., and RIVERSIDE    :
PLYWOOD CORPORATION,                     :
                                         :
                                         :
                Plaintiffs,              :
                                         :
                                         :       SUMMONS
                                         :
                                         :       Court No. 21-00600
                                         :
       v.                                :
                                         :
UNITED STATES,                           :
                                         :
                                         :
                Defendant.               :
                                         :
_____x
```

TO:   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

<u>**/s/ Mario Toscano**</u>
Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiffs, Baroque Timber Industries (Zhongshan) Co., Ltd. and Riverside Plywood Corporation are foreign producers/exporters of multilayered wood flooring from the People's Republic of China.  As Chinese producers/exporters of multilayered wood flooring, subject merchandise, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(a) and were parties to the proceeding that led to the determination being challenged.  Plaintiffs participated in the proceeding as mandatory respondents through the submission of questionnaire responses and written arguments.  As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's final results in the 8th annual administrative review of the countervailing duty order on multilayered wood flooring from the People's Republic of China.  See <u>Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018</u>, 86 Fed. Reg. 59,362 (October 27, 2021).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the Federal Register of the final determination and is

timely filed pursuant to 19 U.S.C. § 1516(a)(2)(A).

3. <u>Effective date of the determination:</u> October 27, 2021.

4. <u>Date of publication in the Federal Register of the contested determination</u>: October 27, 2021.

          Respectfully submitted,

          <u>/s/ *Andrew T. Schutz*</u>
          Andrew T. Schutz
          Francis J. Sailer
          Jordan C. Kahn
          Kavita Mohan
          Michael S. Holton

          GRUNFELD, DESIDERIO, LEBOWITZ
          SILVERMAN & KLESTADT LLP
          1201 New York Ave., NW, Suite 650
          Washington, DC 20005
          (202) 783-6881

Dated:  November 26, 2021

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

                                                                                       The Honorable Mario Toscano
                                                                                       Clerk of the Court

Date: November ___, 2021                                                  By:_____